**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| BOBBY PEARSON, et al. § | |
| § | |
| VS. § | Civil Action No. 4-13-cv-281-Y |
| § | |
| TRINITY ARMORED SECURITY, § | |
| INC., et al. § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiffs Bobby Pearson ("**Pearson**"), Frank Spacek ("**Spacek**"), Stefan Marunde ("**Marunde**"), Ky Teumboun ("**Teumboun**"), Brennan Andrades ("**Andrades**"), Stephen Whitson ("**Whitson**"), Michael Govantes ("**Govantes**"), Tri Nguyen ("**Nguyen**"), Paul Kincade ("**Kincade**"), Craig Richards ("**Richards**"), Tyrone Jenkins ("**Jenkins**"), Mark Harris ("**Harris**"), Michael Woolsey ("**Woolsey**"), James Beetler ("**Beetler**"), Dawn Juarez ("**Juarez**"), Lenard Martin ("**Martin**"), Sam McGee ("**McGee"**) and Chris Pete ("**Pete**") (Pearson, Spacek, Maqunde, Teumbaun, Andrades, Whitson, Govantes, Nguyen, Kincade, Richards, Jenkins, Harris, Woolsey, Beetler, Juarez, Martin, McGee and Pete individually referred to as a "**Plaintiff**" and collectively referred to as "**Plaintiffs**"), Trinity Armored Security, Inc. ("**Trinity**") and Kenneth A. West ("**West**")(Trinity and West each a "**Defendant**" and collectively the "**Defendants**") file this Agreed

Stipulation of Dismissal with Prejudice, and in support thereof would show the Court as follows:

1. All claims of Plaintiffs against Defendants have been resolved;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs are exercising their right to dismiss their Complaint against Defendants. Plaintiffs fully and finally dismiss their claims against Defendants with prejudice to the refiling of same; and

3. Each party shall bear his/her/its own costs.

For the reasons stated, Plaintiffs request that the Court dismiss their Complaint against Defendants with prejudice to the refiling of same, and that each party bear his/her/its own costs.

Respectfully submitted:

The Law Office of Chris R. Miltenberger, PLLC

By: */s/ Chris R. Miltenberger*
    Chris R. Miltenberger
    Texas State Bar Number 14171200

1340 N. White Chapel, Suite 100
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiffs

Respectfully submitted:

By: /s/ *John D. Bosco*
    John D. Bosco, Esq.

Texas Bar No. 24045533
5560 Andalusia Avenue, Suite 110
Dallas, TX 75248
Tel: (214) 578-3529
Fax: (305) 437-8158
Email: jbosco@leoncosgrove.com
Email: tanderson@leoncosgrove.com
Email: kvasquez@leoncosgrove.com

Counsel for Defendants, Trinity Armored Security, Inc. and Kenneth A. West

### CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this "Notice" as service of this document by electronic means.

By: /s/ Chris R. Miltenberger
    Chris R. Miltenberger