IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BOBBY PEARSON, ET AL. | § | |
| | § | |
| VS. | § | ACTION NO. 4:13-CV-281-Y |
| | § | |
| TRINITY ARMORED SECURITY, INC., | § | |
| ET AL. | § | |

## FINAL JUDGMENT

In accordance with the Agreed Stipulation of Dismissal with Prejudice (doc. 55) and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED January 7, 2015.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE